UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN MALOWNEY,

    Plaintiff,

v.                                                       Case No. 8:07-cv-284-T-24 MSS

MACDILL FEDERAL CREDIT UNION
and FINANCIAL CREDIT SERVICES, INC.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on three motions: (1) Defendant Macdill Federal Credit Union's Motion to Dismiss (Doc. No. 5); (2) Plaintiff's Motion for Leave to Amend Complaint (Doc. No. 8); and (3) Defendant Financial Credit Services, Inc.'s Motion to Extend Time to File Responsive Pleadings (Doc. No. 9).  Since no responsive pleading has been filed in this case and this is Plaintiff's first motion to amend, Plaintiff is entitled to amend his complaint without leave of Court, pursuant to Federal Rule of Civil Procedure 15(a).  As such, Plaintiff's motion to amend is granted and Defendant Macdill Federal Credit Union's Motion to Dismiss is denied as moot.

Defendant Financial Credit Services, Inc. requests that the Court allow it to file its response to Plaintiff's amended complaint twenty days after the amended complaint is filed.  Upon consideration, the Court will grant Defendant Financial Credit Services, Inc.'s motion.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)     Defendant Macdill Federal Credit Union's Motion to Dismiss (Doc. No. 5) is **DENIED AS MOOT**.

(2)   Plaintiff's Motion for Leave to Amend (Doc. No. 8) is **GRANTED**, and Plaintiff is directed to file his amended complaint by May 7, 2007.

(3)   Defendant Financial Credit Services, Inc.'s Motion to Extend Time to File Responsive Pleadings (Doc. No. 9) is **GRANTED**, and it is directed to file its response to Plaintiff's amended complaint within twenty days after the amended complaint is filed.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of April, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff and Counsel of Record