UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN MALOWNEY,

    Plaintiff,

v.                                            Case No.  8:07-cv-284-T-24 MSS

MACDILL FEDERAL CREDIT UNION AND
FINANCIAL CREDIT SERVICE, INC.,

    Defendant.
_____/

## **ORDER**

    This cause comes before the Court on the parties' Case Management Report (Doc. No. 20), in which they indicate that they consent to the jurisdiction of a Magistrate Judge for disposition of this case.  In order to consent to the jurisdiction of a Magistrate Judge, the parties must fill out and file the Magistrate Consent Form attached to this Order.  As such, the parties are directed to do so by **August 3, 2007**.

    **DONE AND ORDERED** at Tampa, Florida, this 16th day of July, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record